IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.  99-50408
Conference Calendar
_____

LOUIS CHARLES SHEPTIN,

Plaintiff-Appellant,

versus

KIMBERELY ANN FREEMAN, Nurse, Val Verde County
Jail; ALFREDO GUTIERREZ, M.D.,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-98-CV-16
--------------------
April 13, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Louis Charles Sheptin appeals the district court's order denying his motions to compel discovery and for summary judgment. This order is not appealable as a final judgment, has not been deemed final under any jurisprudential exception, and has not been certified for appeal by the district court.  See Dardar v. Lafourche Realty Co., Inc., 849 F.2d 955, 957 (5th Cir. 1988). Alternatively, Sheptin asks this court to exercise its "supervisory power" and accept jurisdiction over this case

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

because he has allegedly revealed evidence of conspiracies and wrongdoing by the district court.  There is no authority for the court to assume "supervisory responsibility" over Sheptin's pending complaint in the district court.  Because we are without jurisdiction, the appeal is DISMISSED.  See Texaco, Inc. v. Louisiana Land and Exploration Co., 995 F.2d 43, 43 (5th Cir. 1993); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546 (1949).

APPEAL DISMISSED.